UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEENA L. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:14-cv-01727-TAB-SEB |
| | ) |
| CAROLYN W. COLVIN Acting Commissioner of Social Security Administration, | ) ) ) ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having found in favor of Defendant Carolyn W. Colvin against Plaintiff Jeena L. Edwards, enters judgment in favor of the Defendant and against Plaintiff.  Accordingly, the decision of the Commissioner is affirmed.

Dated: 10/8/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Distribution:

All ECF-registered counsel of record via email